IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIAS M. TORRES,

        Plaintiff,

  v.

R. KIRKLAND, et al.,

        Defendants.
                                        /

No. CV-06-4192 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. The motion to dismiss the amended complaint is hereby GRANTED, and the above-titled action is hereby DISMISSED as to all defendants. The dismissal is without prejudice to plaintiff's refiling his claims after all available administrative remedies have been exhausted.

    2. Plaintiff's motion to set time limits to file objections is hereby DENIED.

    3. Defendant Kirkland's motion to join in the motion to dismiss is hereby GRANTED.

Dated: August 27, 2008                                       Richard W. Wieking, Clerk

                                                                                 By: Tracy Lucero
                                                                                  Deputy Clerk